169 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JUAN ROSARIO, A/K/A JOSE GOMEZ,
DEFENDANT–PETITIONER.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004676–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 982

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GREGORY SCOTT, DEFENDANT–PETITIONER.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005467–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.